JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYHBUCK p/k/a FAT CODA STUDIOS, an individual, and WATCHDOG AI, INC., a California corporation,<br><br>Plaintiffs,<br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | CASE NO: 2:25-cv-09219-JFW (RAOx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE [DOC. # 11]** |

On December 12, 2025, Plaintiffs JOSEPH RAYHBUCK p/k/a FAT CODA STUDIOS and WATCHDOG AI, INC. (collectively, "Plaintiffs") and Defendant UBER TECHNOLOGIES, INC. ("Defendant") (together, the "Parties") filed their Stipulation to dismiss this action in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. This action is hereby dismissed in its entirety with prejudice, and with Plaintiffs, on the one hand, and Defendant, on the other hand, to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: December 16, 2025

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1